IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARK MACKENDRICK,

    Petitioner,

v.                                        CASE NO. 4:11-cv-460-WS-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This case is before the Court on Doc. 16, Petitioner's unopposed motion for an extension of the deadline to file a Reply to the Response until June 3, 2012.

Upon due consideration, it is **ORDERED**:

Petitioner's Motion for Extension of Time (Doc. 16) is **GRANTED**. Petitioner shall have until **June 3, 2012,** to file a reply.

**DONE AND ORDERED** this 2nd day of May, 2012.

                *s/ Gary R. Jones*
                GARY R. JONES
                United States Magistrate Judge