IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLARK MACKENDRICK,

    Petitioner,

v.                                                               4:11cv460-WS

SECRETARY, FLORIDA DEPT.
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed August 6, 2014. See Doc. 24. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be DENIED. The petitioner has filed objections (doc. 26) to the magistrate judge's report and recommendation.

    Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 24) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   19th   day of   September  , 2014.

          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE